IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| VINCENT SHARNEE JOHNSON<br>REG. 3 24321-009 | PLAINTIFF |
| VS. CASE NO. 4:22-cv-00309-JM | |
| ARKANSAS DEPARTMENT OF<br>WORKFORCE SERVICES; UNITED<br>STATES DEPARTMENT OF THE<br>TREASURY | DEFENDANTS |

## ORDER

Federal Bureau of Prison's inmate Vincent Johnson filed this action *pro se* simultaneously with a motion to proceed *in forma pauperis*. (Doc. 1, 2). Although Mr. Johnson's application lacks a completed calculation sheet or affidavit, the inmate statement Mr. Johnson attached to his application reveals that his six-month average balance was $1,938.44, which far exceeds the $402 filing fee. 28 U.S.C. §1915(b)(1). Accordingly, Mr. Johnson's motion to proceed *in forma pauperis* is DENIED.

Mr. Johnson's complaint is dismissed without prejudice. Should Mr. Johnson wish to continue this case, he must submit the statutory filing and administrative fees of $402 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the entry date of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case will be reopened.

IT IS SO ORDERED, this 27th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE