**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**VINCENT SHARNEE JOHNSON**                                                **PLAINTIFF**
**Reg. #24321-009**

**VS.**                              **CASE NO. 4:22-cv-00309-JM**

**ARKANSAS DEPARTMENT OF
WORKFORCE SERVICES;  UNITED
STATES DEPARTMENT OF THE
TREASURY**                                                                    **DEFENDANTS**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of July, 2022.

_____
UNITED STATE DISTRICT JUDGE